United States District Court
Eastern District of New York

2:20-cv-02571-ARR-ST

Paul Lepore, individually and on behalf of all others similarly situated,

                Plaintiff,

      - against -

Molekule, Inc.,

                Defendant

Notice of Voluntary Dismissal

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:    November 4, 2021

                                                  Respectfully submitted,

                                                  Sheehan & Associates, P.C.
                                                  /s/Spencer Sheehan
                                                  Spencer Sheehan
                                                  spencer@spencersheehan.com
                                                  60 Cuttermill Rd Ste 409
                                                  Great Neck NY 11021
                                                  Tel: (516) 268-7080

So Ordered,

/s/(ARR)

Allyne R. Ross, U.S.D.J.

11/5/21

## Certificate of Service

I certify that on November 4, 2021, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendants' Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiffs' Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan